# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| WILLIAM J. BREWER, | CV 16-08029 TJH (Ex) |
| Plaintiff, | |
| v. | Order |
| THE UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | JS-6 |

The Court has considered Defendant United States of America's motion to dismiss, together with the moving and opposing papers.

This case is duplicative of *Brewer v. McHugh*, CV 16-00102 TJH, a currently pending case. Accordingly,

**It is Ordered** that this case be, and hereby is, **Dismissed** with prejudice.

Date: March 3, 2017

_____
Terry J. Hatter, Jr.
Senior United States District Judge